UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

DEREK BROOMES,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023

**FINAL ORDER OF FORFEITURE**

17 Cr. 392 (CM)

WHEREAS, on or about September 30, 2016, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 34), which ordered the forfeiture to the United States of all right, title and interest of DEREK BROOMES (the "Defendant") in the following property:

    I. Cameras:
        i. Nikon F6 Body, Serial Number 0024372;
        ii. Nikon F6 Body Used, Serial Number 0034592;
        iii. Nikon D2 Body Used, Serial Number 5064427;
        iv. Nikon D3 Body Used, Serial Number 5025275;
        v. Leica R9 Body Used, Serial Number 2925158;
        vi. Leica R9 Body Used, Serial Number 292489;
        vii. Leica R9 Motor Drive Used, Serial Number 03453;
        viii. Leica R8 Body Used, Serial Number 2294410;
        ix. Contax RTS 3 Body Used, Serial Number 009167;
        x. Hasselblad Rangefinder X Pan Used, Serial Number 11EE14851;
        xi. Hasselblad HI Used (2 ¼) Used, Serial Number 705Cl7897;
        xii. Meter Finder For Hl;
        xiii. Leica R7 Body and Motor Drive Used, Serial Number 2240375;
        xiv. Olympus Pen FT 50MM and case Used, Serial Number 190431/107358;
        xv. Hasselblad 50/110 Box Mint, Serial Number 7GS111710

      xvi. Contax G2 Camera Kit and Aluminum case, Serial Number 069392 Contax Kit Includes: 28MM Serial - 7719439; 45 MM Serial - 7675108; 90 MM Serial -791816 58914; Flash;
      xvii. Alpa 35MM Used, Serial Number 9071584;
      xviii. Alpa EL Body Used, Serial Number 58565;
      xix. Leica R9 Motor Drive Battery Charger Used, Serial Number 03453;
      xx. Alpa EL Body Used, Serial Number 58914; and
      xxi. Hasselblad 500CM, Power Drive, Meter, Used, Number 503W;

II. Camera Lenses/Accessories:
      i. Leica 21 MM Wide Angle Used, Serial Number 233576;
      ii. Leica 200MM Zoom Lens Used, Serial Number 7968815;
      iii. Leica 50MM Leica R Used, Serial Number 2902559;
      iv. Leica 135 MM Used, Serial Number 2194471;
      v. Leica 35MM, Serial Number 620330;
      vi. Leica 70MM Zoom Used, Serial Number 3826749;
      vii. Nikon VR 28-300 Zoom Used, Serial Number US56026713;
      viii. Nikon 70MM Used (28MM-70MM) Used;
      ix. Nikon (Mount) 200MM Used;
      x. Hasselblad X PAN 90 MM F4 Used, Serial Number 8ZEE1289;
      xi. Alpa 50MM F1.9 Used, Serial Number 11527759;
      xii. Alpa Aluminum Case;
      xiii. Alpa 200MM Zoom Used, Serial Number 2570422;
      xiv. Leica Mount 5OMM Used, Serial Number 8YEE15119;
      xv. Leica Mount Nokton Used Voightlander;
      xvi. Zeiss Ikon Contarex Kit Used 50MM Zeiss Ikon F2, Serial Number 36670;
      xvii. 135 MM Zeiss Ikon Used;
      xviii. Zeiss Ikon Data Backs (2);
      xix. Nikon Motor Drive Used, Serial Number 230643; and
      xx. Nikon Motor Drives Accessories Used MB-21.

(Ii-xxi. and IIi-xx., collectively, the "Specific Property").

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture,

notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on July 3, 2018, for thirty (30) consecutive days, through August 1, 2018, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on July 18, 2023 (D.E. 28);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United Marshal Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       July 19, 2023

SO ORDERED:

HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE